# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE
INTEREST OF M.D.W., M.C.W.,
M.M.W., M.M.W., M.M.W.

NO.  2021 CW 1042

**OCTOBER 25, 2021**

In Re:    M. M., applying for supervisory writs, 21st Judicial
District Court, Parish of Tangipahoa, No. 16868.

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT GRANTED WITH ORDER.**  The district court's August 3, 2021 ruling which denied relator's motion to correct order of appeal is reversed.  We find that relator, M.M.'s, motion for appeal, filed on January 25, 2021, should be considered a timely notice of intent to seek supervisory review, as the denial of a motion for new trial is an interlocutory ruling.  Accordingly, we remand this matter to the district court and order the district court to set a return date to file a writ application from such ruling.  Any writ application to be filed therefrom should include a copy of this action.

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT